# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

JAMIE HARRIS,

       Plaintiff,

v.                                   Case No:   5:23-cv-297-GAP-PRL

MAESTRO FOOD CO.,

       Defendant

_____

## ORDER OF DISMISSAL

Upon consideration of the Notice of Dismissal (Doc. 22), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice as to the claims of Plaintiff Jamie Harris and without prejudice as to the claims of any unnamed member of the alleged class, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 3, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties